IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

A. A., *a minor by* TRACY ALBY, *Individually and as next friend of A. A.*, *et al.*,

    Plaintiffs,

vs.

ABBOTT LABORATORIES, INC.,

    Defendant.

Case No. 13-cv-1157-JPG-SCW

**MEMORANDUM AND ORDER**

Upon review, it appears that this case is related to *Alexander, et al. v. Abbott Laboratories, Inc.*, 3:12-cv-52-GPM-SCW, and other cases in this district asserting injury from Depakote or other similar products manufactured by defendant Abbott Laboratories, Inc. All of those cases were assigned to District Judge G. Patrick Murphy and Magistrate Judge Stephen C. Williams. Accordingly, to preserve judicial economy, for the convenience of the parties and to avoid inconsistent judgments, the undersigned judge hereby **TRANSFERS** this case to Judge Murphy and Magistrate Judge Williams for all further proceedings. All further documents shall bear Case No. 13-cv-1157-GPM-SCW.

    **IT IS SO ORDERED.**

    **DATED:** November 14, 2013

    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**